No. 85–5967. DRYDEN v. SAFECO INSURANCE COMPANY OF AMERICA. C. A. 10th Cir. Certiorari denied.

No. 85–5988. BLOCKER v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 85–5991. MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6000. DEANES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6024. WILLIAMS v. REES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 85–6034. BELASCO v. MORRIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6039. TRIPATI v. BRIMMER, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–6044. BOYD v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. Ct. App. Ore. Certiorari denied.

No. 85–6050. GONZALEZ v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 85–6055. LAMA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6057. FREEMAN v. STAGNER, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6058. LACKHOUSE v. MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–6060. BROWN v. BRYANT ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6065. ARIZA-FUENTAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6069. COPLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.